DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,464

Attorneys for Plaintiff
EVENT ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAIME MANRIQUEZ, individually and d/b/a LA CABANA, <br><br> Defendant. | CASE NO. CV-98-1163-RMT <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants JAIME MANRIQUEZ, individually and d/b/a LA CABANA, AND LA CABANA, jointly and severally, entered on 11/4/98 (copy attached) be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                         $4,600.00
    b. Costs after judgment                                $ -0-
    c. Attorneys fees:                                       $ -0-
    d. Subtotal (*add a and b*)                       $4,600.00
    e. Credits after judgment                         $ -0-
    f. Subtotal (*subtract d from c*)           $4,600.00
    g. Interest after judgment                       $1,150.00

```
h. Fee for filing renewal application        $   -0-
I. Total renewed judgment (add e, 5. and g)  $5,750.00
```

DATED: 9/11/08          CLERK, by ___Lori Muraoka___.
                        Deputy

F:\USERS\DJCNEW\LACABANA.RENEWAL

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-1163-RMT                    2